DEVON MOORE, an Infant, by His Mother and Natural Guardian, GINA TOWNSEND, Appellant, v NEW YORK MEDICAL GROUP, P.C., et al., Defendants, and NEW YORK CITY HEALTH & HOSPITALS CORPORATION, Respondent.

Submitted December 24, 2007; decided February 12, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of JONATHAN ODOM, Appellant, v DONALD SELSKY, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted January 7, 2008; decided February 12, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDY KNOX, Also Known as JUDITH KNOX, Appellant.

Submitted December 3, 2007; decided February 12, 2008

Motion for leave to appeal denied upon the ground that an appeal lies as of right. Motion for poor person relief dismissed as academic.